**Electronically Filed
Supreme Court
SCPR-20-0000529
11-SEP-2020
08:25 AM**

SCPR-20-0000529

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

IN RE ALLEGRA CONNELL FRANK, Petitioner.

---

ORIGINAL PROCEEDING

<u>ORDER GRANTING PETITION TO RESIGN AND SURRENDER LICENSE</u>
(By Recktenwald, C.J., Nakayama, McKenna, and Wilson JJ.,
and Intermediate Court of Appeals Associate Judge Leonard,
assigned by reason of vacancy)

Upon consideration of the petition to resign and surrender her license to practice law in the State of Hawai'i, filed by Allegra Connell Frank, pursuant to Rule 1.10 of the Rules of the Supreme Court of the State of Hawai'i (RSCH), and the affidavits submitted in support thereof, we conclude that Petitioner Frank has fully complied with the requirements of RSCH Rule 1.10.  Therefore,

IT IS HEREBY ORDERED that the petition is granted.

IT IS FURTHER ORDERED, pursuant to RSCH Rule 1.10(g), that the Petitioner shall comply with the notice, affidavit, and record requirements of RSCH Rules 2.16(a), (b), (d), and (g).

IT IS FURTHER ORDERED that Petitioner Frank shall be allowed to maintain her paper law license as a memento.

IT IS FINALLY ORDERED that the Clerk shall remove the name of Petitioner Allegra Connell Frank, attorney number 6166, from the roll of attorneys of the State of Hawaiʻi, effective with the filing of this order.

DATED:  Honolulu, Hawaiʻi, September 11, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Katherine G. Leonard